# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 07-PO-00109-DLW <br> U.S. MARSHAL NUMBER: 34028-013 |
| JACQUE DANIEL GWYN | RICHARD JAYE <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Amended Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 113(a)(4), 1153; C.R.S. 18-3-206(1) | Assault by Striking, Kicking, Beating or Wounding an Enrolled Member of an Indian Tribe | April 11, 2007 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 5, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 5, 2007
Date

DEFENDANT: JACQUE DANIEL GWYN
CASE NUMBER: 07-PO-00109-DLW

Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months with credit for time served of 47 days. The remainder of the Defendant's sentence shall be suspended upon the following conditions:

1. The Defendant shall have no violations of state, local or federal laws for a period of one (1) year.

2. The Defendant shall return to the State of New Jersey and take care of the pending warrant against him in that state on or before August 1, 2007 and furnish proof to the Court that he has turned himself in to the State of New Jersey.

3. The Defendant shall enroll in and complete counseling for domestic violence as determined by the Probation Department and pay for the cost of same.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: JACQUE DANIEL GWYN
CASE NUMBER: 07-PO-00109-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT: JACQUE DANIEL GWYN
CASE NUMBER: 07-PO-00109-DLW                                               Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The Defendant shall pay the special assessment due within 10 days of this Judgment.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.